IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CALEB JOHNSON,

    Petitioner,

v.                                           Case No. 4:22-cv-226-AW-MAF

SECRETARY, DEPARTMENT OF
CORRECTIONS,

    Respondent.

_____/

## **FINAL ORDER**

Petitioner Caleb Johnson, through counsel, filed a § 2254 petition asserting twelve grounds for relief. ECF No. 1. None has merit. Having considered the report and recommendation (ECF No. 22), and having considered de novo the issues raised in Johnson's objections (ECF No. 29), I now adopt the report and recommendation and incorporate it into this order.

Some issues presented are—at best—borderline frivolous. For example, Johnson contends "that defense counsel rendered ineffective assistance by erroneously advising him that he should not testify at trial." ECF No. 1 at 17. He says "[t]his was patently unreasonable advice" because with a self-defense claim, "the jury wants to hear the defendant say that he is innocent." *Id.* at 18. The state court properly rejected this IAC claim under *Strickland*. And with the "doubly

1

deferential" review here, *Gissendaner v. Seaboldt*, 735 F.3d 1311, 1323 (11th Cir. 2013), this claim had no hope of succeeding.

In his objection as to this claim, Johnson contends the magistrate judge misread *Hodges*—a state case Johnson relied on here and in his Rule 3.850 motion. *See* ECF No. 29 at 4-8. But even if that is so, it changes nothing. Here, with or without *Hodges* (or any other state decision Johnson cites), Johnson has not established deficient performance or prejudice—or that the state court decision finding no prejudice was "contrary to, or involved an unreasonable application of, clearly established Federal law as determined by the Supreme Court of the United States," 28 U.S.C. § 2254(d).

I have considered all of Johnson's objections, and they are all overruled.

The clerk will enter a judgment that says, "The § 2254 petition is denied." A certificate of appealability is DENIED.

The clerk will close the file.

SO ORDERED on February 29, 2024.

s/ *Allen Winsor*
United States District Judge
